**Dismiss and Opinion Filed June 22, 2022**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00401-CV

**DEANGELO BOSTON, Appellant**
**V.**
**ST. THOMAS PLACE APTS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-00709-D**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Nowell
Opinion by Justice Pedersen, III

This is an appeal from the trial court's amended final judgment of possession in a forcible-detainer suit. The judgment was not superseded, and a writ of possession was served on appellant. Because it appeared appellant was no longer in possession of the property, and a forcible detainer action generally becomes moot when the tenant is no longer in possession of the premises, we questioned our jurisdiction over the appeal. *See Marshall v. Housing Auth. of City of San Antonio*, 198 S.W.3d 782, 785, 787 (Tex. 2006) (possession of premises is only issue in forcible detainer action; issue of possession becomes moot when tenant vacates property unless tenant has "potentially meritorious claim of right to current, actual

possession"); *Olley v. HVM, L.L.C.*, 449 S.W.3d 573, 575 (Tex. App.—Houston [14th Dist.] 2014, pet. denied) (appellate courts lack jurisdiction over moot controversies).

By letter dated May 19, 2022, we directed appellant to file a letter brief addressing the Court's concern and cautioned that failure to comply by May 31, 2022 could result in dismissal of the case. To date, appellant has not filed a letter brief or otherwise communicated with the Court.

When a case becomes moot on appeal, the appellate court must set aside the trial court's judgment and dismiss the case. *See Marshall*, 198 S.W.3d at 785, 790. Accordingly, on the record before us, we vacate the trial court's amended final judgment of possession and dismiss the case as moot. *See id.* at 790.

/Bill Pedersen, III//

220401f.p05

BILL PEDERSEN, III
JUSTICE

–2–



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

DEANGELO BOSTON, Appellant

No. 05-22-00401-CV      V.

ST. THOMAS PLACE APTS,
Appellee

On Appeal from the County Court at
Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-22-00709-
D.
Opinion delivered by Justice
Pedersen, III, Justices Partida-
Kipness and Nowell participating.

In accordance with this Court's opinion of this date, we **VACATE** the trial court's April 26, 2022 amended final judgment and **DISMISS** the case.

Judgment entered this 22nd day of June 2022.